STATE OF NEW JERSEY v. RODOLFO FARFAN.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AMOS BREEDLOVE.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID PROBASCO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID PROBASCO.

May 30, 1989.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS PETILLI.

May 30, 1989.

Petition for certification denied.